**Outlook**

US v. Derian Del Carmen - 18cr669-6 (JPO)

Fwd:

From  Rafael Alcantara <r███████████████>
Date  Thu 9/12/2024 7:38 AM
To    Benny Gutierrez <███████████████>

---------- Forwarded message ----------
From: <███████████████████████████████>
Date: Wed, Sep 11, 2024, 3:54 PM
Subject:
To: <█████████████████████████>

The honorable J. Paul Oetken Honorable judge, I extend my respectful greetings to you; My name is Sandra Ramirez, mother of Derian del Carmen Ramirez, prisoner number is ███████ I make a sincere apology to society for any damage caused in the past by my son, but I speak to you as a mother and citizen of this society: Derian del Carmen He has serious mental problems and I think that prison is not the place that will help him integrate into society. He spent 6 years in prison and never received mental help in prison and was recommended by a judge previously; Life is unfair, I am an immigrant and thank God, an American citizen for 32 years, I have never stepped foot in a prison in this country, but life brought me here and these are not the best moments this September 13, my 25-year-old daughter will undergo surgery for cancer. that she suffers from, Derian's son is autistic, I am in very poor health, I ask in the name of Jesus for your help so that my son has a chance, my whole family is going through very difficult times, we are united and we need Derian at home under a true mental treatment, this country is somewhat difficult, I work and I continue working at my age to get ahead; but there is something wrong, Mr. Judge, they are not giving you medical attention inside the prison. You have a very injured hand and they have not been taken to you for more than 4 weeks. to a doctor? That is Hindu and I beg your veemence for my son. I have faith in God. I know that he can have a dignified life. He was a victim of rape and that is very hard for a woman. Imagine it is more difficult for a man to abandon his father, me working and my Grandson needs his father Mr. Judge thank you very sorry

Enviado desde mi iPhone



FROM: Sandra Ramirez

TO
The Honorable, J. Paul
Thurgood Marshall. United States
Courthouse, 40 Foley Square
New York, NY 10007

NEW YORK NY 100
26 SEP 2024 PM 13 L

10007-150299